### ANDERSON *v.* THE STATE.

COBB, J. There was no error of law complained of. The evidence was sufficient to support the finding of the trial judge who presided without a jury. There was no abuse of discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 21, — Decided November 13, 1902.

Indictment for gaming.   Before Judge Foute.   City court of Cartersville.   June 30, 1902.

*James B. Conyers*, for plaintiff in error.
*Sam. P. Maddox, solicitor-general*, contra.